Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

David J. Kaminski, Esq. SBN 128509
Carlson & Messer LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
kaminskid@cmtlaw.com
Phone: 310-242-2200; Fax: 310-242-2222
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. NORMAN HAMMERLORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COLLECTO, INC. d.b.a. EOS CCA, a corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 10-cv-2554-AJB (JMA) <br><br> **RULE 26(f) REPORT & PROPOSED DISCOVERY PLAN** |

  The parties in the above action jointly submit this Rule 26(f) report and Proposed Discovery Plan:

**A.   RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on Monday, April 25, 2011 at 1:00 p.m. and was attended by:

Octavio Cardona-Loya II for Plaintiff

David Kaminski for Defendant

**B.   PRE-DISCOVERY DISCLOSURES**

The parties will exchange by May 9, 2011 the information required by Fed. R. Civ. P. 26(a)(1) as ordered by the Court.

**C.   DESCRIPTION OF THE CASE**

(1)   Jurisdiction of this Court arises under 28 U.S.C. §1331.

(2)   A brief narrative of the facts giving rise to this lawsuit, including a description of legal claims and defenses:

<u>Plaintiff:</u>

Plaintiff alleges that Defendants violated numerous provisions of the California Rosenthal Act in its attempts to collect a consumer debt from Plaintiffs. Plaintiff also alleges an invasion of privacy. Plaintiff alleges that he is entitled to statutory, actual, and punitive damages, as well as attorneys' fees and costs.

<u>Defendant:</u>

Defendant denies Plaintiff's allegations and denies that Plaintiff has been damaged in any amount or at all.

**D.   PLEADINGS**

(1)   Plaintiff's Complaint and Defendant's Answer have been filed with this Court.

(2)   A jury trial is available and both parties demand for trial by jury.

**E.   DISCOVERY PLAN**

(1)   Plaintiff's discovery will be directed toward the underlying debt in the Action and all attempts made by Defendant to collect that debt, including but not limited to all communications regarding collection of the debt. Plaintiff's discovery will also be directed toward the employee training program, and employee supervision practices of Defendant.

Plaintiff will also conduct discovery into Defendant's affirmative defenses. Plaintiff anticipates at least one PMK deposition.

    (2)    Defendants' discovery will be directed toward Plaintiff's allegations and alleged damages. Defendant intends to propound written discovery on Plaintiff and take the deposition of Plaintiff.

    (3)    Discovery will proceed according to the Federal Rules of Civil Procedure and is not to be conducted in phases or otherwise limited.

    (4)    Discovery shall be completed by January 31, 2012.

    (5)    Reports from retained experts, if any, under Rule 26(a)(2) due from each party by December 1, 2011.

    (6)    Requests and responses to interrogatories shall be governed by Fed. R. Civ. P. 33.

    (7)    Requests for Admission shall be governed by Fed. R. Civ. P. 36.

    (8)    Supplementation under Rule 26(e) due by December 30, 2011.

**F.    MOTIONS**

    (1)    All motions (other than motions in limine) shall be served and filed by February 29, 2012 and heard by March 30, 2012.

    (2)    At this time, the parties do not anticipate filing motions seeking to add other parties or claims, file amended pleadings, or transfer venue.

    (3)    The parties anticipate filing motions for summary judgment upon the conclusion of initial discovery.

**G.    TRIAL**

    (1)    The parties request a trial date of April 30, 2012.

    (2)    The trial is expected to last four days.

    (3)    The parties request a final pre-trial conference in early April of 2012.

**H.  ADR AND SETTLEMENT**

    (1)    The parties consent to appear before a magistrate judge for a further settlement conference.

    (2)    The parties attended an Early Neutral Evaluation conference on March 29, 2011, but were unable to come to accord.

## I. OTHER ITEMS

    (1)    The case is not complex and does not present any unusual legal issues.

    (2)    There are no proposals regarding severance, bifurcation, or other ordering of proof.

Date: May 5, 2011            /s/Octavio Cardona-Loya II

                                  Octavio Cardona-Loya II,
                                  Attorney for Plaintiffs

Date: May 5, 2011

                                  /s/ David Kaminski
                                  David Kaminski,
                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I electronically filed the foregoing **Rule 26(f) Report & Proposed Discovery Plan** with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Octavio Cardona-Loya III   vito@goldencardona.com

           /s/ David Kaminski
           David Kaminski